# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 5:19-CV-58-KDB-DSC

| | |
|---|---|
| DALE R. BOLICK, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| LEATHERCRAFT INC., | )<br>)<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Defendant's Motion to Dismiss [and] Motion for a More Definite Statement" (document # 4). On July 18, 2019, Defendant filed its Motion without an accompanying brief in violation of Local Rule 7.1(c). On July 19, 2019, the Clerk's office issued a QC Notice directing Defendant to file a brief within twelve hours. No brief has been filed.

Accordingly, "Defendant's Motion to Dismiss [and] Motion for a More Definite Statement" (document # 4) is administratively **DENIED** without prejudice.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: July 22, 2019

David S. Cayer
United States Magistrate Judge